Case 5:11-cr-50065-TLB   Document 85   Filed 03/19/15   Page 1 of 1 PageID #: 416

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America  )
v.  )
JOSE ANTONIO RAMIREZ-MENDOZA  )  Case No: 5:11CR50065-001
 )  USM No: 10533-010
Date of Original Judgment: 02/16/2012  )
Date of Previous Amended Judgment: ____  )  Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 216 months **is reduced to** 172 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/16/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/19/2015    /s/ P.K. Holmes, III
*Judge's signature*

Effective Date: 11/01/2015    Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*    *Printed name and title*